JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT WARDI,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVIS CONSTRUCTION PLUMBING, INC., et al.,<br><br>        Defendants. | Case No. CV 20-07226-VAP-JEMx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 1, 2021

                                              VIRGINIA A. PHILLIPS
                                              United States District Judge

1