Theresa M. Marchlewski (SBN 82429)
Theresa.Marchlewski@jacksonlewis.com
Gina Gi (SBN 266708)
Gina.Gi@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant
DAVIS CONSTRUCTION PLUMBING, INC.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WARDI, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>ALPHA CONSTRUCTION CO., INC., a California corporation; and DOES 1 THROUGH 50, inclusive.<br><br>    Defendant. | **CASE NO.: 2:20-cv-07226-VAP-JEM**<br><br>**JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)]<br><br><br>Complaint Filed:    October 3, 2019<br>Action Removed<br>to Federal Court:   August 11, 2020<br>TAC Filed:           September 16, 2020 |

1        The parties to this action, acting through their counsel of record, and pursuant to

2    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

3    negotiated settlement executed by them, to Plaintiff Robert Wardi's Dismissal With

4    Prejudice of this entire action against Defendants Davis Construction Plumbing, Inc. and

5    Alpha Construction Co., Inc., with each party to bear their own attorney's fees and costs.

6                                        Respectfully submitted,

7    Dated:  April 21, 2021            REISMAN & REISMAN

8

9                                   By:  */s/ Daniel Reisman*

10                                     Daniel Reisman
                                       Erin Reisman

11                                  Attorneys for Plaintiff

12                                  ROBERT WARDI

13

14                                Respectfully submitted,

15   Dated:  April 21, 2021            JACKSON LEWIS P.C.

16

17                                  By: */s/ Gina Gi*

18                                     Theresa M. Marchlewski
                                       Gina Gi

19

20                                Attorneys for Defendant
                                  DAVIS CONSTRUCTION PLUMBING, INC.

21

22                                Respectfully submitted,

23   Dated:  April 21, 2021            LANDEGGER RIVAS VERANO & DAVIS

24

25                                By:  */s/ Roxana Verano*

26                                    Roxana Verano

27                                Attorneys for Defendant
                                  ALPHA CONSTRUCTION CO., INC.

28

1

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

2     I, Gina Gi, am the ECF User whose ID and password are being used to file this

3  JOINT STIPULATION RE DISMISSAL WITH PREJUDICE. In compliance with Local

4  Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, Daniel Reisman,

5  Esq., and co-Defendant's counsel, Roxana Verano, have concurred in this filing.

6

7  DATED: April 21, 2021          */s/ Gina Gi*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28